IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IN RE: JERRY W. MUSTEEN, SCIELINDA B. MUSTEEN, Debtors | ) ) ) | Case No. 5:15-bk-73093 |
| JERRY W. MUSTEEN SCIELINDA B. MUSTEEN | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:16-ap-07078 |
| CARRINGTON MORTGAGE SERVICES, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## TRIAL STIPULATIONS

Plaintiffs, Jerry W. Musteen and Scielinda B. Musteen (collectively, "Plaintiffs"), and Defendant, Carrington Mortgage Services, LLC ("Carrington"), by their respective undersigned counsel, hereby stipulate to the following for the trial of this cause:

I. STIPULATION ON THE ADMISSIBILITY OF CERTAIN EXHIBITS

The parties stipulate as to the authenticity and admissibility of the exhibits listed in the joint exhibit list attached hereto as Exhibit A. These stipulated documents may be introduced as exhibits at the trial in this matter for all purposes.

II. STIPULATED FACTS

The parties further stipulate that the Court may take notice of and consider at trial for all purposes the following uncontested facts:

1. On or about January 8, 2009, Taylor, Bean & Whitaker ("TBW") extended a mortgage loan to Scielinda Musteen in the original principal amount due of $93,298.00 ("Subject Loan") evidenced by a promissory note ("Note").

2. Concurrently with the Note and in connection with the Subject Loan, the Plaintiffs executed a deed of trust ("Deed of Trust") executed by Plaintiffs which names Mortgage Electronic Registration Systems, Inc. ("MERS"), as the beneficiary.

3. MERS assigned the beneficial interest in the Deed of Trust to Bank of America, N.A., successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP ("BANA") on April 23, 2012.

4. BANA further assigned the beneficial interest in the Deed of Trust to Carrington on August 27, 2015.

5. Servicing of the Subject Loan transferred from Bank of American, N.A. ("BANA") to Carrington effective August 1, 2014.

6. The Subject Loan was modified by an agreement executed by and between Scielinda Musteen and BANA with an effective date of December 1, 2012 ("Modification").

7. The Modification provided for a new principal balance for the Subject Loan in the amount of $88,849.87 and a fixed interest rate of 4.25%.

8. The first payment due for the Subject Loan for the Modification was December 1, 2012 in the total amount of $638.88 which included $437.09 for principal and interest and $201.79 towards escrow.

9. On December 4, 2015, Plaintiffs filed for chapter 13 bankruptcy protection in the underlying action.

10. On January 29, 2016, Carrington timely filed its Proof of Claim for its secured claim for the Subject Loan in the underlying action.

Respectfully submitted,

JERRY W. MUSTEEN and
SCIELINDA B. MUSTEEN

By:    */s/ Todd F. Hertzberg*
       Todd F. Hertzberg
       Herzberg Law Firm of Arkansas, P.A.
       4285 N. Shiloh Drive, Suite 108
       Fayetteville, AR 72703
       toddhertzberg@yahoo.com

AND

CARRINGTON MORTGAGE SERVICES, LLC

By:    */s/ William F. Clark*
       William F. Clark     #2010142
       DAVIS, CLARK, BUTT, CARITHERS &
         & TAYLOR, PLC
       P.O. Box 1688
       Fayetteville, AR 72702
       (479) 521-7600
       wclark@davis-firm.com

AND

*/s/ Coleman J. Braun*
Coleman J. Braun
Maurice Wutscher LLP
105 W. Madison Street, 18th Floor
Chicago, IL 60602
litigation@mauricewutscher.com
cbraun@mauricewutscher.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IN RE:  JERRY W. MUSTEEN,<br>         SCIELINDA B. MUSTEEN, Debtors | ) ) ) | Case No. 5:15-bk-73093 |
| JERRY W. MUSTEEN<br>SCIELINDA B. MUSTEEN<br><br>     Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 5:16-ap-07078 |

## CARRINGTON'S EXHIBIT LIST

Defendant, Carrington Mortgage Services, LLC ("Carrington") submits the following list of anticipated trial exhibits:

| Exhibit No. | Description | Stipulated | Marked | Admitted |
|---|---|---|---|---|
| | Original Note for Mortgage Loan dated January 8, 2009 (Original to be presented in Court / Copy to be entered as Exhibit) | | | |
| | Deed of Trust dated January 8, 2009 | | | |
| | Loan Modification Agreement | | | |
| | Assignment of Mortgage to Bank of America N.A. | | | |
| | Assignment of Mortgage to Carrington | | | |
| | Transaction History for Loan from Bank of America, N.A. | | | |



|  | Transaction History for Loan from Carrington |  |  |  |
|--|--|--|--|--|
|  | Carrington's Proof of Claim |  |  |  |
|  | Carrington's Proposed Amended Proof of Claim |  |  |  |
|  | Plaintiffs' Response to Carrington's First Set of Requests to Produce |  |  |  |
|  | Plaintiffs' Answer to Carrington's First Set of Interrogatories |  |  |  |
|  | Bank Statements from Plaintiffs (Exs. 1, 2 and 3 from Scielinda Musteen Deposition) |  |  |  |
|  | Deposition Transcript of Jerry W. Musteen. |  |  |  |
|  | Deposition Transcript of Scielinda B. Musteen. |  |  |  |
|  | Affidavit of Scielinda Musteen (Ex. 5 to Scielinda Musteen Deposition). |  |  |  |
|  | Affidavit of Jay Patterson. |  |  |  |
|  | All exhibits submitted by Plaintiffs. |  |  |  |

Carrington reserves the right to amend or supplement its anticipated trial exhibit list as may be necessary.

Dated: January 18, 2019        **CARRINGTON MORTGAGE SERVICES, LLC**

By:    /s/ Coleman J. Braun
Coleman J. Braun
*Admitted – Pro Hac Vice*
Maurice Wutscher LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170
Fax (312) 284-4751
litigation@mauricewutscher.com
cbraun@mauricewutscher.com

## Certificate of Service

The undersigned hereby certifies that on **January 18, 2019**, a true and correct copy of the foregoing document and any related exhibits was served by regular first class and electronic mail on the following:

Todd F. Hertzberg
Hertzberg Law Firm of Arkansas, P.A.
4285 N. Shiloh Drive, Suite 108
Fayetteville, AR 72703
toddhertzberg@yahoo.com

/s/ Coleman J. Braun